FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2019

SEAN F. McAVOY, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

JUAN GOMEZ VASQUEZ,

    Plaintiff,

v.

MAGGIE MILLER-STOUT, HEWSON, RISCHARSON, FOX, HUGHES, ROLLINS and GREEN,,

    Defendants.

NO: 2:13-cv-00114-LRS

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO WAIVE COLLECTION OF THE REMAINING FILING FEE

    BEFORE THE COURT is Plaintiff's Motion to Waive Collection of the Remaining Filing Fee, ECF No. 17, and Magistrate Judge Rodger's Report and Recommendation to deny that Motion, ECF No. 19. There being no objections and in the absence of authority to waive the statutory obligation to pay the filing fee for a civil action Plaintiff chose to present, 28 U.S.C. § 1915(b), **IT IS ORDERED** the Report and

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
MOTION TO WAIVE COLLECTION OF THE REMAINING FILING FEE -- 1

Recommendation is **ADOPTED IN ITS ENTIRETY** and Plaintiff's Motion, ECF No. 17, is **DENIED.**

**IT IS SO ORDERED.** The Clerk of Court shall enter this Order and provide a copy to Plaintiff. The file shall remain closed. The Court finds that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this __1st__ day of April 2019.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SR. U.S. DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO WAIVE COLLECTION OF THE REMAINING FILING FEE -- 2